| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0315 1:96CR00040-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | CR-2-08-140 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| William Craig Martin<br>1826 High Tower Drive<br>Columbus, OH 43235 | Western District Of Pennsylvania | United States Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Maurice B. Cohill Jr.<br>Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE — FROM 03/13/2008 TO 03/12/2013 | |

| OFFENSE |
|---|
| Possession With Intent to Distribute in Excess of 50 Grams of Cocaine Base, a Scheduled II Controlled Substatnce |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District Of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

*June 9, 2008*
*Date*

*Maurice B. Cohill, Jr.*
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-24-2008
*Effective Date*

United States District Judge
Edmund A. Sargus, Jr.

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0315 1:96CR00040-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | CR-2-08-140 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| William Craig Martin<br>1826 High Tower Drive<br>Columbus, OH 43235 | Western District Of Pennsylvania | United States Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Maurice B. Cohill Jr.<br>Senior United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE — FROM 03/13/2008 | TO 03/12/2013 |

**OFFENSE**

Possession With Intent to Distribute in Excess of 50 Grams of Cocaine Base, a Scheduled II Controlled Substatnce

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District Of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 9, 2008
*Date*

*Maurice B. Cohill, Jr.*
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-24-2008
*Effective Date*

*United States District Judge*
Edmund A. Sargus, Jr.