UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

FILED
JAMES BONINI
CLERK

2008 JUL -3  A 11: 21

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: June 30, 2008

United States District Court
Clerk of Courts
Southern District of Ohio
85 Marconi Boulevard, Ste 260
Columbus, OH 43215

RE: William Craig Martin
Our Criminal Action No. 1:96-cr-40
Your Criminal Action No. CR-2-08-140

Dear Clerk:

On June 24, 2008, your Court accepted jurisdiction over the above-named probationer/supervised releasee. Enclosed please find a certified copy of said order together with certified copies of the indictment, judgment and docket entries.

Please acknowledge receipt for same on copy of this letter provided.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: /s/ Debra L. Mayo
Debra L. Mayo
Deputy Clerk

Enclosure

RECEIVED

JUL - 7 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA